# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 6, 2012

143771

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

NATIONAL WILDLIFE FEDERATION,
        Petitioner-Appellant,

v

DEPARTMENT OF ENVIRONMENTAL
QUALITY,
        Respondent-Appellee.

SC:  143771
COA:  301993
Ingham CC:  08-001652-AA

_____/

On order of the Court, the application for leave to appeal the August 11, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

MARILYN KELLY and HATHAWAY, JJ., would grant leave to appeal because petitioner raises jurisprudentially significant issues that this Court should examine.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 6, 2012

_____
Clerk

h0403